UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-10459-RWZ |
| ) | |
| 25. JOSE RODRIGUEZ, ) | |
| A/K/A "KING STUTTER," ) | |
| Defendant. ) | |

**NOTICE OF UNITED STATES REGARDING FORFEITURE OF SPECIFIC ASSETS**

Now comes the Plaintiff, the United States of America, and gives notice that the United States' will not pursue criminal judicial forfeiture against the following specific assets, named in the United States' Bill of Particulars for Forfeiture of Assets (Docket No. 496), in the instant criminal case:

a. One 2008 Kawasaki Jet Ski, bearing Vehicle Identification Number KAW33159C808;

b. One 2002 SeaDoo Jet Ski, bearing Vehicle Identification Number ZZN31767C202;

c. One 2000 Suzuki Quadrunner Sport Utility ATV;

d. One 2002 Honda XR Dirt Bike Motorcycle, bearing Vehicle Identification Number JH2HE01042K111264;

e. One 2000 Suzuki RM-Z450L Dirt Bike Motorcycle, bearing Vehicle Identification Number JS1RL42C8F2101243;

f. One 2000 Yamaha R1 Motorcycle, bearing Vehicle Identification Number JYARNO5E2YA001178;

g. One 2000 Suzuki GSX-R1000K Motorcycle, bearing Vehicle Identification Number JS1GT75A142103870;

h. One 2000 Honda CBR900RR/CBR954RR Motorcycle, bearing Vehicle Identification Number JH2SC50032M006021;

i. One 2012 Yamaha Majesty Scooter, bearing Vehicle Identification Number JYASH03Y6CA009914;

    j.       One Polaris RZE Off Road Sports Vehicle, bearing Vehicle Identification Number 4XAST1EAXEB921734;

    k.      One 2000 Utility trailer; and

    l.       One Go Kart.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Rachel E. Goldstein*
RACHEL E. GOLDSTEIN
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Rachel.Goldstein@usdoj.gov

Dated: September 24, 2020